AO 91 (Rev. 11/11)  Criminal Complaint

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL.

CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| SETH ESTES VANOVER | ) | 3:22-mj- 1426-PDB |
| | ) | |
| | ) | 622mj209 |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 25, 2022 - September 19, 2022   in the county of          Duval          in the

_____Middle_____   District of   Florida, and elsewhere   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted online enticement of a minor to engage in illegal sexual activity |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Daniel R. Moxley, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     10/06/2022                          _____
                                              *Judge's signature*

City and state:           Jacksonville, Florida           Patricia D. Barksdale, U.S. Magistrate Judge
                                              *Printed name and title*

# EXHIBIT A

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017.   I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations in the area of child pornography.   Prior to this assignment, I was employed as an Intelligence Analyst and Management and Program Analyst for the FBI for approximately 7 years.   I have Bachelor's Degrees in Economics and Political Science.   I have received law enforcement training from the FBI Academy at Quantico, Virginia.   A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative.   Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses.   In the performance of my duties, I have investigated and assisted in the investigation of matters involving the advertisement and solicitation for, possession, collection, production, receipt, and/or transportation of images and videos depicting child pornography.   I have been involved in searches of residences pertaining to the possession, collection, production, and/or transportation of child pornography through the execution of search warrants.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b), as well as Florida state statutes that criminalize the

sexual activity with minors and other methods of child sexual exploitation.   In

connection with such investigations, I have served as case agent, have been the

affiant for several search warrants and federal criminal complaints, and have

conducted interviews of defendants and witnesses.   I have also acted as an

undercover agent in online child exploitation cases, using the online persona of both

a minor child as well as that of the parent and/or custodian of a minor child.   As a

federal agent, I am authorized to investigate and assist in the prosecution of

violations of laws of the United States, and to execute search warrants and arrest

warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on information I

obtained from my personal observations as well as from records and information

directly provided to me by other law enforcement officers and personnel.   This

affidavit is being submitted for the limited purpose of establishing probable cause for

the filing of a criminal complaint, and I have not included each and every fact known

to me concerning this investigation.   I have set forth only the facts that I believe are

necessary to establish probable cause to believe that SETH ESTES VANOVER,

a/k/a "jjdad36", a/k/a "jattleson," has committed a violation of Title 18, United

States Code, Section 2422(b), that is, attempted online enticement of a minor to

engage in illegal sexual activity. Based on my training and experience, I know that

Section 800.04(5)(a), Florida Statutes, makes it unlawful for a person to

"intentionally touch[ ] in a lewd or lascivious manner the breasts, genitals, genital

2

area, or buttocks, or the clothing covering them, of a person less than 16 years of age, or forces or entices a person under 16 years of age to so touch the perpetrator," and that doing so constitutes "lewd or lascivious molestation." Further, I know that Section 800.04(5)(b), Florida Statutes, provides that "an offender 18 years of age or older who commits lewd or lascivious molestation against a victim less than 12 years of age commits a life felony."

4.      I make this affidavit in support of a criminal complaint against SETH ESTES VANOVER, a/k/a "jjdad36," a/k/a "jattleson," that is, during the period from on or about July 25, 2022 through on or about September 19, 2022, in the Middle District of Florida, and elsewhere, SETH ESTES VANOVER, a/k/a "jjdad36," a/k/a "jattleson," using facilities of interstate commerce, that is, by cellular telephone and computer via the Internet, did knowingly and willfully attempt to persuade, induce, entice, and coerce a person whom SETH ESTES VANOVER believed had not reached the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the state of Florida, that is, the crime of lewd or lascivious molestation against a person less than 12 years of age, in violation of Section 800.04(5)(a) & (b), Florida Statutes, all in violation of Title 18, United States Code, Section 2422(b).

5.      On December 8, 2020, FBI SA Christa Hocutt, who was at that time located within the Middle District of Florida, was acting in the capacity of an undercover persona and began conducting an online undercover operation designed

3

to identify and target adult individuals who were seeking to make contact with and engage in illegal sexual activity with minor children.   While working online in an undercover capacity, SA Hocutt was logged into a particular social media application ("app") and posted a notice on the app that read "33 tab single mom USA HMU if you know what's good" in a public chat room titled "Tab.00CesT". Based on my training and experience, I know that this particular app is often used to allow individual users to meet online, engage in conversation through private messages, and share photographs.   I also know that this app has been used by individuals who seek to identify other individuals who are interested in meeting minors for sexual activity.

6.      On the same day, app user "jjdad36" contacted SA Hocutt using the private message feature of the application.   SA Hocutt exchanged several private messages with "jjdad36" from December 8, 2020 through December 11, 2020.   SA Hocutt made copies of and preserved as evidence the photos and the private messages exchanged between her (referred to as the "UC") and "jjdad36."   I have reviewed the communications that took place between December 8, 2020 and December 11, 2020 between SA Hocutt and "jjdad36" in its entirety.   These conversations occurred using the particular app using a cellular telephone and over the Internet, both of which I know to be a facilities of interstate commerce.

7.      I reviewed the online chat conversation between SA Hocutt and app user "jjdad36" that occurred on December 8, 2020, which read as follows:

4

| | |
|---|---|
| jjdad36: | Hey. |
| jjdad36: | Tab mom huh? |
| UC: | Hahah yeahhh |
| jjdad36: | Lol. Tell me how so |
| UC: | My ex used to do things.. hbu what u into |
| jjdad36: | Incest |
| UC: | Hmmm that's interesting |
| jjdad36: | Have a dau? Lol |
| UC: | Yeah she's 9 hbu? |
| jjdad36: | Mine is grown. And gone. Unfortunately |
| UC: | Aw gotcha |
| jjdad36: | Urs need a dad? lol |
| UC: | Haha I mean he's not in the picture but I'm not accepting applications |
| jjdad36: | Lol. I understand |
| UC: | We're u active with your daughter way back when |
| jjdad36: | I was |
| UC: | Oh wow.. |
| jjdad36: | If you are that taboo. Great lol |
| UC: | Hahaha yeahh I only watched .. |
| jjdad36: | Watch her with a man? |

5

| | |
|---|---|
| UC: | Maybe |
| jjdad36: | That's sexy |
| UC: | What's ur asl? |
| jjdad36: | 41 Oklahoma. U |
| UC: | 33 Florida |
| jjdad36: | What part. I come to Sarasota a lot for family stuff |
| UC: | Oh a bit far north of that like almost Georgia |
| jjdad36: | Always stop by on way thru lol |
| UC: | Haha oh yeah? |
| jjdad36: | If you wanted. Sure |
| UC: | Hmm I'd need to trust you first |
| jjdad36: | Totally understand that |
| jjdad36: | And I you |
| jjdad36: | How would she react? |
| UC: | To what |
| jjdad36: | A man |
| UC: | Lol idk |
| UC: | She's only had limited experiences |
| jjdad36: | What has she done |
| UC: | My ex did some rubbing and kissing |
| UC: | Hbu what have you done with young? |

| | |
|---|---|
| jjdad36: | Everything |
| UC: | Oh she might not be mature enough for you then |
| jjdad36: | We would do onky what she's comfortable with |
| jjdad36: | And as long as you are there |
| UC: | Obvious |
| UC: | Obviously * |
| jjdad36: | Love to do oral on her |
| jjdad36: | She would like that |
| UC: | Idk no ones done that to her yet |
| jjdad36: | Every girl like to be licked |
| UC: | Probably idk it would def be new |

8.    I reviewed the online chat conversation between SA Hocutt and "jjdad36" that occurred from December 9, 2020 to December 11, 2020, which read as follows:

| | |
|---|---|
| Jjdad36: | Hi |
| UC: | What's up |
| jjdad36: | Hey there |
| UC: | What's u |
| UC: | P |
| jjdad36: | Nm. Still interested in seeing her with a man? Lol |
| jjdad36: | Hey |

7

| | |
|---|---|
| UC: | Hi |
| jjdad36: | What U up to |
| UC: | Not much bored at the moment u?? |
| jjdad36: | Same. Bored and horny |
| jjdad36: | Any more thoughts about it? |
| UC: | About what |
| jjdad36: | Me maybe coming by when I come to Florida |
| UC: | Oh I didn't think you were serious |
| jjdad36: | I am if u are |
| UC: | Ok... well idk you yet |
| jjdad36: | That's true |
| jjdad36: | But do u really wanna see that? |
| jjdad36: | If it is a fantasy.   I totally get it. Most people wouldn't do it for real |
| UC: | I mean I didn't invite you lol but I did like watching my ex |
| UC: | No I'm only into real |
| jjdad36: | Ur right. Wasn't invited. That was my rudeness |
| UC: | I hate people that try to get off on my telling what happened to her before |
| jjdad36: | I would to enhance her experience |

8

| | |
|---|---|
| jjdad36: | Only if she and u are up for it |
| UC: | Well idk you'd have to convince me .. |
| jjdad36: | How do I do that |
| UC: | Idk I just know it's a big risk for me.. I don't wanna lose her and I haven't successfully met with anyone from here yet |
| jjdad36: | Big risk for both of us for sure |
| jjdad36: | I mean. It really all depends on what u want her to do with me |
| UC: | Mine more.. because I could lose her |
| jjdad36: | I would never do anything to jeapordize that |
| jjdad36: | But it would be sexy to have u watch |
| UC: | Kk good |
| UC: | Aw I'm glad that wouldn't be a problem |
| jjdad36: | Hell we could meet. And if she wasn't up for it. No problem |
| UC: | Well what would you wanna do though .. |
| jjdad36: | Well she can't have full sex right? |
| UC: | I mean she hasn't had sex yet |
| jjdad36: | Could she? |
| UC: | Idk? I mean she's like 55lbs idk if she even could |

| | |
|---|---|
| jjdad36: | She can definitely have oral sex done to her |
| UC: | It'd just be new.. how about yours? When did she start having sex |
| jjdad36: | 4 years ago |
| jjdad36: | 10th bday |
| UC: | Ohh wow okay |
| UC: | How did you get her ok with it? |
| jjdad36: | We had been doing oral sex for a year before |
| jjdad36: | Was eating her out that night. Just decided it was time |
| jjdad36: | It was painful. But she took it. I was so proud of her |
| UC: | Aw that's what scares me.. that it will hurt |
| jjdad36: | It always does 1st time |
| jjdad36: | No matter how old they are |
| UC: | I thought u said you were an empty nester lol |
| UC: | She move out at 14?? |
| jjdad36: | She did. With her mom |
| jjdad36: | I mean. She not like on her own lol |
| UC: | Lol ohhh I'm dumb sorry |
| jjdad36: | Lol. It's ok |
| UC: | So you don't get to do anything with her anymore I |

|          | guess |
|----------|-------|
| jjdad36: | When she visits we do |
| jjdad36: | It's been awhile since we have |
| UC:      | Ohh gotcha |
| jjdad36: | It would be my honor to pleasure ur girl |
| UC:      | Yeahh it sounds like you at least have a little experience |
| jjdad36: | I do |
| UC:      | How you keep her from telling anyone? |
| jjdad36: | We made a pact. Never tell |
| jjdad36: | Need to make sure he's never would |
| UC:      | What? |
| UC:      | Lol your last message was confusing |
| jjdad36: | Would urs keep quiet? |
| UC:      | Oh yeah she knows it's a secret |
| jjdad36: | Cool |
| jjdad36: | She understands pleasure right? |
| UC:      | How do u mean? |
| jjdad36: | Feeling sexual pleasure. Like being kissed. Being ate out? |
| UC:      | Umm she like giggled and stuff before idk |

| | |
|---|---|
| jjdad36: | I could make her squirm lol |
| jjdad36: | Pulling her hips into my tongue. She would like that |
| UC: | Really you think? |
| jjdad36: | I'm sure of it |
| jjdad36: | All while mommy enjoys the show |
| UC: | Yeah yeah what do u look like |
| jjdad36: | [Image sent depicting the torso of an adult male wearing only underwear] |
| UC: | Lol your face |
| UC: | With the camera |
| jjdad36: | No face yet.   If that's ok |
| UC: | I need to make sure ur cute enough for her lol |
| UC: | The body isn't even with the camera |
| jjdad36: | Lol |
| jjdad36: | We can get to pics when and if the time comes |
| jjdad36: | Like u. I could get into lots of trouble lol |
| UC: | Lol yeah but sending me pics of random people u found on the internet doesn't help me |
| jjdad36: | Nor me lol |
| UC: | Cool |
| UC: | I think I'm out man |

12

| UC: | I want someone for real |
| jjdad36: | We both have to be careful |
| UC: | [thumbs up emoji] |

9.      On December 11, 2020, the FBI served an administrative subpoena to the social media application company requesting subscriber information for "jjdad36".

10.     On December 15, 2020, the FBI received responsive documents to the administrative subpoena served to the social media application for subscriber information related to the "jjdad36" account.   I have reviewed the responsive documents which listed an unconfirmed e-mail address for the account as jjdad@yahoo.com and several IP addresses logged into by the account, including natting IP addresses[1] 174.197.70.117 on December 6, 2020 at approximately 08:10:01 UTC, 174.246.96.18 on December 6, 2020 at approximately 00:30:20 UTC, 174.197.65.155 on November 28, 2020 at approximately 21:56:18 UTC. The responsive documents also listed IP address 24.35.136.194, logged into the "jjdad36" account on November 25, 2020 at approximately 02:19:49 UTC.   The responsive documents also listed the device type used to register the account as an "iPhone."

11.     Also on December 15, 2020, the FBI served an administrative subpoena to Verizon, requesting subscriber information for IP address 174.197.70.117 on

---

[1] Based on my training and experience, I know that a natting IP address is a type of IP address that is assigned to a group of users accessing the Internet from cellular telephones using mobile data.

December 6, 2020 at approximately 08:10:01 UTC, IP address 174.246.96.18 on December 6, 2020 at approximately 00:30:20 UTC, and IP address 174.197.65.155 on November 28, 2020 at approximately 21:56:18 UTC, which were an IP addresses utilized by "jjdad36" to log into the particular social media application.

12.     On December 16, 2020, the FBI received responsive documents to the administrative subpoena served to Verizon for subscriber information related to natting IP address 174.197.70.117 on December 6, 2020 at approximately 08:10:01 UTC, natting IP address 174.246.96.18 on December 6, 2020 at approximately 00:30:20 UTC, and natting IP address 174.197.65.155 on November 28, 2020 at approximately 21:56:18 UTC.   I have reviewed the responsive documents which listed IP addresses 174.197.70.117 and 174.246.96.18 assigned to telephone number 903-736-4557 on December 6, 2020 at approximately 08:10:01 UTC and on December 6, 2020 at approximately 00:30:20 UTC.   The subscriber of telephone number 903-736-4557 was listed as "Set E. Vanover" with a physical address of "182 Rolling Meadows, New Diana, TX 75640."   I also reviewed the responsive documents which listed natting IP addresses 174.197.65.155 assigned to telephone number 903-452-8766 on November 28, 2020 at approximately 21:56:18 UTC.   The subscriber of telephone number 903-452-8766 was listed as "City of Longview" with a physical address of "300 Cotton St., Longview TX 75601."   The contact listed for the account was "Seth Vanover."   The responsive documents listed the device type as a "iPhone 8 Space Grey 64GB VZ."

14

13.     On December 22, 2020, the FBI served an administrative subpoena to Cable One, requesting subscriber information for IP address 24.35.136.194 on November 25, 2020 at approximately 02:19:49 UTC, which was an IP address utilized by "jjdad36" to log into the particular social media application.

14.     On January 7, 2021, the FBI received responsive documents to the administrative subpoena served to Cable One for subscriber information related to IP address 24.35.136.194 on November 25, 2020 at approximately 02:19:49 UTC.   I reviewed the responsive documents which listed the subscriber of IP address 24.35.136.194 as "Longview Public Library" with a service address as "222 Cotton St., Longview TX 75601."   The responsive documents listed the "main holder" of the account as "Blake Gore."

15.     On July 25, 2022, I was acting in the capacity of an undercover persona and began conducting an online undercover operation designed to identify and target adult individuals who were seeking to make contact with and engage in illegal sexual activity with minor children. At all times relevant described herein, I was located within the Middle District of Florida.   While working online in an undercover capacity, I was logged into the same particular social media application ("app") detailed above and posted a notice on the app that read "Anybody in FL with any yung?", in a public chat room titled "Familylovers."   Based on my training and experience, I know that this particular app is often used to allow individual users to meet online, engage in conversation through private messages, and share

15

photographs.   I also know that this app has been used by individuals who seek to identify other individuals who are interested in meeting minors for sexual activity.

16.    Later on July 25, 2022, app user "jattleson" contacted me using the private message feature of the app.   I exchanged several private messages with "jattleson" from July 25, 2022 to September 19, 2022.   I made copies of and preserved as evidence the photos and the private messages exchanged between me (referred to as the "UC") and "jattleson."   These conversations occurred using the particular app using a cellular telephone and over the Internet, both of which I know to be a facilities of interstate commerce.

17.    The online chat conversation between me and "jattleson" that occurred on July 25, 2022 read as follows:

| | |
|---|---|
| jattleson: | We are in PCB |
| UC: | For real? |
| UC: | I have a condo there |
| jattleson: | No shit? |
| UC: | Yea |
| jattleson: | Where at |
| UC: | LTW |
| UC: | where u at? |
| UC: | And what u into? |
| jattleson: | Easier to answer where I am lol |

16

| | |
|---|---|
| UC: | Huh? |
| jattleson: | I'm off bay parkway |
| jattleson: | What I'm into. Most aren't |
| UC: | U never know man lol |
| jattleson: | Lol. U married? |
| UC: | Gf |
| UC: | You? |
| jattleson: | Single |
| UC: | Nice |
| UC: | U were in that Family room right |
| jattleson: | Yes |
| UC: | I got booted lol |
| jattleson: | Lol. Why |
| UC: | Guess the admin didn't like my post about yung |
| jattleson: | What was it. I missed it |
| UC: | Lol u responded to it |
| jattleson: | Shit man. I'm sorry. I forgot. |
| UC: | It said like who in Florida has yung or likes yung or something lol |
| jattleson: | Well lol |
| UC: | U into yung? |

17

| | |
|---|---|
| jattleson: | Yes |
| UC: | Heck yea bro and your close |
| UC: | What u into |
| jattleson: | [Image sent of young-looking female wearing a red shirt and tight-fitting shorts] |
| UC: | Yours?! |
| jattleson: | Yea |
| UC: | How old |
| jattleson: | She's 13 |
| UC: | [Image sent of what appears to be a minor female but is not] |
| UC: | Mines 11 |
| jattleson: | She's beautiful |
| UC: | So is urs man |
| jattleson: | Fantasy for you? |
| UC: | Fantasy isn't really my thing brother. |
| jattleson: | I mean. is she your fantasy or?? |
| jattleson: | You actually? |
| UC: | U tell me first |
| jattleson: | I think we both know |
| jattleson: | For last 6 years |

18

| | |
|---|---|
| UC: | Yea? |
| jattleson: | Hard think to talk about. Especially when it's somebody so close |
| UC: | Yea I know but I'm glad your close |
| UC: | What all have u done |
| jattleson: | Well. Let's just say. She's on birth control |
| UC: | Where's her mom |
| jattleson: | She's been gone for 7 years |
| UC: | Nice |
| jattleson: | How about you |
| UC: | Gf dau. Active for last 3 |
| jattleson: | Gf know? |
| UC: | Heck no |
| jattleson: | How do you keep her quiet |
| UC: | I buy her whatever she wants lol |
| jattleson: | Lol |
| jattleson: | What all u do |
| UC: | Touching rubbing she's watched me jerk |
| jattleson: | That's sexy |
| UC: | Yea thanks |
| UC: | U really in PCB bro? |

| | |
|---|---|
| jattleson: | I am |
| UC: | Sweet |
| jattleson: | How often u here? |
| UC: | All the time lol |
| jattleson: | No shit??? |
| UC: | Swear |
| jattleson: | Dam man |
| UC: | U got any more pics |
| UC: | [Image sent of what appears to be a minor female but is not] |
| jattleson: | Creeping or? Lol |
| UC: | Got some? |
| jattleson: | [Image sent of a female lying on a bed wearing a pink shirt and navy/green shorts with her legs spread apart] |
| UC: | Mmmm |
| UC: | Who's that? |
| jattleson: | That's a random. I'm nervous man |
| jattleson: | Fuck. You're like literally close |
| UC: | That's just my condo. Im not there now |
| jattleson: | Where do you live |

20

| | |
|---|---|
| UC: | Jacksonville area |
| jattleson: | [Image sent of a young-looking female lying on a bed face down wearing a blue shirt and gray shorts with her buttocks and underwear partially exposed] |
| jattleson: | True creep shot |
| UC: | Love it |
| UC: | [Image sent of what appears to depict a minor female but is not] |
| jattleson: | Your gf dau with you? |
| jattleson: | Come with you I mean |
| UC: | Yea sometimes |
| UC: | U get my pic I sent |
| jattleson: | Fuck yea lol |
| jattleson: | Hey. I gtg for a minute. I'll be back on later |
| UC: | Alright |
| jattleson: | Hey sorry about that |
| UC: | Hey |
| jattleson: | Hey man |
| UC: | What's up |
| jattleson: | Not much. Relaxing. You |
| UC: | Same |

| | |
|---|---|
| jattleson: | Going to bed shortly |
| UC: | Dang you go to bed early |
| jattleson: | Lol. Go to bed. Not necessarily sleep |
| UC: | U got work tmrw? |
| jattleson: | Yep |
| UC: | What u do |
| jattleson: | Part owner in a small construction firm |
| UC: | Oh sweet |
| jattleson: | It's a living lol |
| UC: | Yea man I sit in an office all day so ur lucky |
| jattleson: | I do the same |
| UC: | Oh |
| UC: | More time on here then lol |
| jattleson: | Lol |
| jattleson: | She ever come alone with you over here? |
| UC: | Yes |
| UC: | Why what's up what u thinking? |
| jattleson: | Maybe get together. Hang at the beach or something |
| UC: | Yea for sure |
| UC: | She starts back soon so we might make it over there |

22

|  |  |
|---|---|
|  | soon |
| jattleson: | May be fun |
| jattleson: | If her mom comes. That's no good lol |
| UC: | Yea it would be fun for sure lol |
| UC: | No I can do it middle of week so she will have to work |
| jattleson: | I'm getting all excited lol |
| UC: | Thinking about her or what |
| jattleson: | Yes |
| UC: | Lol |
| UC: | What kind of excited you getting |
| jattleson: | My cock is hard lol |
| UC: | Damn bro just from her maybe coming over there? |
| jattleson: | Hell yea lol |
| UC: | I like that |
| jattleson: | I bet her bikini is amazing |
| UC: | She still wears a kid bathing suit unfortunately |
| jattleson: | I'm sure it's lovely also |
| jattleson: | Or being out of it lol |
| UC: | Seriously right |
| jattleson: | Get to see her much out of it? |

| | |
|---|---|
| UC: | Sometimes not as much anymore but still some |
| jattleson: | That has to be exciting |
| UC: | Yea |
| UC: | What about urs? U really have one or you just messin around about that? I get it if u are bro |
| jattleson: | Messing around |
| jattleson: | I mean I do. She's older tho |
| jattleson: | So it's cool if you don't wanna chat anymore |
| jattleson: | Totally get it |
| UC: | Dang that's alright |
| UC: | Wish u had one but u seem legit about everything else so I'm still down |
| jattleson: | Not cool to perv on somebody's else's daughter and u not have 1 |
| jattleson: | I am for real |
| UC: | It's hard to find someone where it's not just a fantasy so if ur for real then I'm cool |
| jattleson: | I got no grand illusion u will let me do shit lol |
| UC: | What u mean |
| jattleson: | Us all meeting up or anything |
| UC: | U not want to anymore? |

24

| jattleson: | O man. I'd love to |
| UC: | Then what u talking about |
| jattleson: | Lol no idea. Everything is cool |
| jattleson: | I'd love to meet up with you and her |
| jattleson: | That could really fun |
| UC: | How much fun u trying to have |
| jattleson: | Not up to me lol |
| UC: | I mean I think we need to agree on it |
| jattleson: | I'd be happy hiding in the closet and watching u 2 lol |
| UC: | Well that's creepy lol |
| jattleson: | Lol. Well. Not sure how she would be around a guy she don't know |
| UC: | I think it would freak her out more if she discovered u in there lol like what if u make a noise |
| jattleson: | She would be ok me sitting in the open and watching? |
| UC: | I just have to tell her upfront and be honest with her otherwise it might freak her out |
| jattleson: | If it even got to something like that. May not |
| jattleson: | What would you tell her |

25

| | |
|---|---|
| UC: | Daddy's friend is coming over while we have our fun time |
| jattleson: | Cool |
| UC: | U just want to watch? |
| jattleson: | I'd love to join |
| UC: | Would you? |
| jattleson: | Absolutely |
| UC: | Ok [thumbs up emoji] |
| UC: | If we did, what u trying to do with her |
| jattleson: | Anything I could lol |
| UC: | Lol like what though |
| jattleson: | Oral? |
| UC: | U or her |
| jattleson: | Both ways |
| UC: | She has never had it before so idk |
| jattleson: | Has she done it to u? |
| UC: | Twice |
| jattleson: | But you haven't licked her? |
| UC: | No I wasn't sure if she would find it weird if I did that |
| jattleson: | Does she get nude when u 2 play? |

26

| | |
|---|---|
| jattleson: | Sorry if I'm late responding. Scrolling all the way back up to look at her pic lol |
| UC: | She has |
| UC: | Which pic u looking at |
| jattleson: | 1st u sent |
| jattleson: | She's gorgeous |
| UC: | Oh yea man I love that pic |
| jattleson: | I'd love to be naked with her |
| UC: | [Image sent of what appears to be a minor female but is not] |
| jattleson: | God she's perfect |
| jattleson: | But definitely no penetration? |
| UC: | U want to? |
| jattleson: | Love to try |
| UC: | I think it depends how everything goes and if she feels comfortable so do I |
| jattleson: | If she wants to stop we would |
| jattleson: | She have hair yet? |
| UC: | Where |
| jattleson: | Pussy |
| UC: | Not really |

| | |
|---|---|
| UC: | Fuzz |
| jattleson: | I'd love to taste her |
| jattleson: | With you laying right there |
| UC: | We haven't done that but like I said if she's comfortable then |
| jattleson: | See how it goes |
| UC: | So u for real man? I'll see if I can come over there if u are |
| jattleson: | Fuck yes I'm for real |
| UC: | How old are u |
| jattleson: | I'm 44 |
| UC: | Alright yea I'm 35 |
| jattleson: | My age ok? |
| UC: | U look 84 or what lol |
| jattleson: | Lol no |
| jattleson: | [Image sent of a fully nude adult male in a bathroom standing in front of a mirror, with genitalia displayed] |
| UC: | Oh yea bro ur good |
| UC: | That you? |
| jattleson: | Yea |

28

| | |
|---|---|
| UC: | Sweet yea all good |
| jattleson: | I'll do everything I can to make her comfortable |
| UC: | U gonna wear a condom? |
| jattleson: | Prefer not to. But I would |
| UC: | U clean? |
| jattleson: | [100% emoji sent] |
| jattleson: | If she does agree to have sex. Gonna have to use lube or something |
| UC: | I think a condominium is a must |
| jattleson: | She gonna be so tight |
| jattleson: | I'll wear 1 |
| UC: | Lol condom |
| jattleson: | Lol |
| jattleson: | Still wouks need some lube |
| UC: | For sure |
| jattleson: | You know she has to be so dam right |
| jattleson: | Tight |
| UC: | Yes |
| jattleson: | I'd settle if you jerked me off lol |
| jattleson: | Sorry. She did lol |
| UC: | Wait what |

29

| | |
|---|---|
| jattleson: | I'd settle if she jerked me off lol |
| UC: | Oh lol [laughing with tears emoji] |
| UC: | I mean if u want that |
| jattleson: | I want to fuck her |
| UC: | Have u ever been with any yung before |
| jattleson: | Never |
| UC: | Why now then? |
| jattleson: | I've always wanted to. But hard to find the right persons to trust you know |
| UC: | Like have u been trying? |
| UC: | Oh yea I feel u on that for sure |
| jattleson: | Scary thing lol |
| UC: | What is |
| jattleson: | Meeting up for some like this |
| UC: | Oh yea you ain't kidding lol |
| jattleson: | But I want to bad |
| UC: | When is best for u |
| jattleson: | Next week would be great |
| UC: | Let me see if I can make it happen |
| jattleson: | I'm dreaming of her pussy lol |
| UC: | Lol |

30

| | |
|---|---|
| UC: | As long as ur legit I'm gonna try brother |
| jattleson: | I'm as real as it gets |
| UC: | What day is better for you |
| UC: | Wait what is next week |
| UC: | Oh damn it's August. |
| jattleson: | Really depends on what work is doing. We have 4 projects going and trying to find decent. Fuck me |
| UC: | Ok I'll see what I can do |
| jattleson: | I'm excited man |
| UC: | Yea same just hope it works out |
| jattleson: | It will |
| UC: | U live on the east end or west end |
| jattleson: | Kinda figured u would wanna be the 1 who took that |
| jattleson: | West end |
| UC: | What u mean |
| jattleson: | Be her 1st for penetrating |
| jattleson: | But I'll take the honor |
| UC: | Oh |
| jattleson: | Love to slowly work my cock into her |
| UC: | Just got to go slow bro that's all and stop if she |

31

|  |  |
|---|---|
|  | starts crying or freaking out |
| jattleson: | Absolutely I would stop |
| UC: | I believe u |
| jattleson: | But you will be there to help and watch? |
| UC: | Dude that's a must I ain't leaving her lol |
| jattleson: | Good |
| jattleson: | Just go back to ur condo? She will feel safe there |
| UC: | U in a house or apt or condo or what |
| jattleson: | House |
| UC: | U build it lol |
| jattleson: | Lol |
| jattleson: | No |
| jattleson: | I do more commercial construction |
| UC: | Y'all need to work on the elevators at LTW |
| jattleson: | Lol |
| UC: | We can come back there |
| jattleson: | Yea. Meet 1st in public somewhere |
| UC: | Oh yea for sure |
| jattleson: | Dam. Having to scroll a long ways to see her lol |
| UC: | [Image sent of what appears to be a minor female but is not] |

32

| | |
|---|---|
| jattleson: | Omg. |
| jattleson: | So perfect |
| UC: | What u got for me? |
| jattleson: | [Image sent depicting a minor female with no breast development wearing a white bikini standing and posing with one hand on her hip] |
| jattleson: | God I hope she lets fuck her lol |
| UC: | Who her? |
| jattleson: | Just a random |
| jattleson: | But she's sexy |
| UC: | U know her to? |
| jattleson: | No |
| UC: | Oh I thought u meant u we're trying with her to |
| jattleson: | Lol I wish |
| UC: | I was like damn bro |
| jattleson: | Does she have boobs yet? |
| UC: | What's the youngest u got? |
| UC: | Flat |
| jattleson: | Pics? |
| jattleson: | [Image sent of minor female with no breast development standing and posing with her hands on |

33

|           |                                                                     |
|-----------|---------------------------------------------------------------------|
|           | her hips and wearing jean shorts and a white half                   |
|           | shirt that exposes her abdomenal area]                               |
| UC:       | Nice                                                                 |
| UC:       | She's like 6 I'd say                                                 |
| jattleson:| About                                                               |
| UC:       | Nice                                                                 |
| jattleson:| Love to be nude with her                                            |
| UC:       | Who mine or this girl?                                              |
| jattleson:| Both                                                                |
| UC:       | Lol                                                                 |
| jattleson:| I'm so excited to see urs                                           |
| UC:       | I know Man U sure u wanna do it?                                    |
| jattleson:| [100 emoji] sure                                                    |
| UC:       | Alright [thumbs up emoji] let's do it                              |
| jattleson:| Fuck her together lol                                               |
| jattleson:| Are you sure she won't say anything?                               |
| UC:       | No chance u can make it over here?                                  |
| UC:       | Positive                                                            |
| jattleson:| Over where                                                          |
| UC:       | Actually no I been wanting to come over there                      |
| UC:       | Jacksonville                                                        |

34

| jattleson: | I just wanna be sure she won't say nothing |
|---|---|
| UC: | She won't |
| jattleson: | [Image sent of minor female with no breast development wearing a red, white and blue bikini and standing and posing for the camera with her hands on her hips] |
| UC: | Beautiful |
| jattleson: | Love to cum inside her lol |
| UC: | Alright brother I'm going to bed |
| jattleson: | Goodnight man |
| UC: | Let me give u my number in case we lose this chat or someone gets banned |
| jattleson: | Ok |
| UC: | 904-[**REDACTED**] |
| jattleson: | Get some rest man |
| UC: | Later |

18.     On July 26, 2022, the FBI served an administrative subpoena to the social media application company requesting subscriber information for app user "jattleson."

19.     On July 28, 2022, the FBI received responsive documents to the administrative subpoena served to the social media application company for

subscriber information related to the app user "jattleson" account.   I reviewed the responsive documents which listed an unconfirmed e-mail address for the account as jattleson1987@aol.com and several IP addresses logged into by the account, including natting IP addresses 174.197.78.161 on April 21, 2022 at approximately 00:16:20 UTC, 174.197.69.90 on June 2, 2022 at approximately 12:20:28 UTC, and 174.197.71.239 on July 17, 2022 at approximately 10:25:48 UTC.   The responsive documents also listed the device type used to register the account as an "iPhone."

20.    The online chat conversation between me and app user "jattleson" that occurred on August 8, 2022 reads as follows:

| | |
|---|---|
| UC: | Hey I lost all my chats |
| jattleson: | No problem |
| UC: | Yea man so what's up u still interested |
| jattleson: | Omg yes |
| UC: | Yea ok |
| jattleson: | When are u coming to your condo? |
| UC: | I wanted to come last week but got busy |
| UC: | I'm just sketchy that if I drive all the way out there you'll actually come |
| jattleson: | I'm gonna be gone starting Wednesday through next Wednesday |
| jattleson: | Why you say that |

36

| | |
|---|---|
| UC: | She starts school Wednesday |
| jattleson: | If you bring her I'm all in for meeting up with u 2 |
| UC: | Why didn't u txt last week |
| jattleson: | Hey. If my job would leave me alone. Kinda like urs. I could be on here lots more lol. I'm sorry. |
| jattleson: | I realize I own the business. But I still get bothere to no endurance |
| jattleson: | End |
| UC: | Yea I got you man |
| UC: | So you're gone this weekend? |
| UC: | Her mom will be out of town in like 2 weeks |

21.    The online chat conversation between me and app user "jattleson" that occurred on August 10, 2022 read as follows:

| | |
|---|---|
| jattleson: | That may work |
| UC: | No I couldn't come there you would have to come here |
| jattleson: | I can probably do that also |
| jattleson: | When is it? |
| UC: | Aug 25 |
| UC: | She's gone the whole weekend too |
| jattleson: | I see lol |

37

| | |
|---|---|
| jattleson: | You said anything to her about this |
| UC: | No you never said anything more so I didn't |
| jattleson: | You sure she's open to another guy tho? |
| UC: | Yes I do |
| jattleson: | That's exciting lol |
| UC: | Right lol |
| jattleson: | And she's open to have sex? |
| UC: | That's what u want right |
| jattleson: | Love to. But can she and does she wanna |
| jattleson: | She needs to be willing to fuck lol |
| UC: | Why do u think she doesn't |
| UC: | I told u brother it all depends on if she likes u |
| jattleson: | Well. She never has plus it's a strange guy |
| jattleson: | That's cool |
| UC: | And really when I tell her ur daddy's friend she will be fine |
| jattleson: | U haven't even fucked her. She gonna let me? |
| UC: | Trust me she will if u want it |
| jattleson: | God. She has to be tight |
| jattleson: | Other pics of her? Bikini maybe? Lol |
| UC: | [Image sent of what appears to be a minor female |

38

|  | but is not] |
| --- | --- |
| jattleson: | Fuck |
| UC: | I know I love that one |
| jattleson: | If I do end up fucking her and she wants to stop because it hurts I will |
| UC: | Yea u will |
| jattleson: | She have hair yet? |
| UC: | Not really |
| jattleson: | Fuck now I'm hard lol |
| UC: | Because of her? |
| jattleson: | Fuck yes lol |
| UC: | Lol |
| jattleson: | Why haven't you fucked her? Lol |
| UC: | I think I told u I don't want to make it weird |
| jattleson: | I know. But I couldn't stop myself if I were in your shoestring |
| jattleson: | Shoes |
| UC: | Well maybe you'll get ur chance lol |
| jattleson: | Since she's 11 it's ok to cum in her? |
| UC: | I don't know man I'd feel more comfortable if u had a condom on |

39

| | |
|---|---|
| jattleson: | I'll wear 1 for sure |
| UC: | Alright |
| jattleson: | And you want to watch this happen right? |
| UC: | Yea I have to be there |
| jattleson: | Fine with me lol |
| jattleson: | I'm gonna have to ear her pussy 1st |
| UC: | Yea? |
| jattleson: | Omg yea |
| jattleson: | She likes that ? |
| UC: | U just gotta make sure if I say stop u gotta stop |
| jattleson: | Absolutely |
| UC: | Ok |
| jattleson: | You just wanna lay on the bed or? |
| UC: | Yea that sounds good |
| jattleson: | If she seems upset or whatever I'll stop |
| UC: | Yea I appreciate that |
| jattleson: | See how she acts |
| UC: | Yep |
| jattleson: | If she lets me get her panties off omg lol |
| UC: | Lol |
| jattleson: | Imagine hearing high pitched moan. Omg |

40

| | |
|---|---|
| UC: | Lol |
| UC: | U wanna text yet or stay on here |
| jattleson: | Let's stay here for now if that's ok |
| UC: | Yea fine |
| jattleson: | No bikini? Lol |
| UC: | I just looked I don't have any |
| jattleson: | Fuck her legs are amazing |
| UC: | I know right |
| jattleson: | Thinking about them open wide for my cock |
| UC: | Brother as long as you're serious and want to come over here they'll be waiting |
| jattleson: | I am. Just hope she's in for it |
| UC: | I'll take care of that |
| jattleson: | Fuck man. If I get my cock in her. Talk about hard to stop lol. But I would |
| UC: | I know I |
| jattleson: | You'll just be jerking off watching? |
| UC: | I'll see how it goes |
| jattleson: | Talk to her about it |
| UC: | Yea |
| jattleson: | I'd love to fuck that tight pussy |

41

| UC: | U for real going to come week after next? |
|-----|-------------------------------------------|
| jattleson: | That's my plan man |
| jattleson: | Where is she now |

22.     The online chat messages that I sent to app user "jattleson" on August 11, 2022 read as follows:

| UC: | School. Started yesterday. |
|-----|----------------------------|
| UC: | Sorry brother I passed out on u |

23.     The online chat message that I sent to app user "jattleson" on August 17, 2022 read as follows:

| UC: | Hey |
|-----|-----|

24.     On August 18, 2022, the FBI served an administrative subpoena to Verizon, requesting subscriber information for natting IP addresses 174.197.78.161 on April 21, 2022 at approximately 00:16:20 UTC, 174.197.69.90 on June 2, 2022 at approximately 12:20:28 UTC, and 174.197.71.239 on July 17, 2022 at approximately 10:25:48 UTC, which were IP addresses utilized by app user "jattleson" multiple times to log into the particular social media application.

25.     On August 26, 2022, the FBI received responsive documents to the administrative subpoena served to Verizon for subscriber information related to natting IP addresses 174.197.78.161 on April 21, 2022 at approximately 00:16:20 UTC, 174.197.69.90 on June 2, 2022 at approximately 12:20:28 UTC, and

174.197.71.239 on July 17, 2022 at approximately 10:25:48 UTC.   I have reviewed

the responsive documents which listed these IP addresses assigned to telephone

number 903-452-8766 on the specific dates and times.   The subscriber of telephone

number 903-452-8766 was listed as "City of Longview" with a physical address of

"300 Cotton St., Longview TX 75601."   The contact listed for the account was

"Seth Vanover."   The responsive documents listed the device type as a "iPhone SE

20 128GB Black."

26.     On or about August 30, 2022, I reviewed the "City of Longview Police

Department" website that listed "Lt. Seth Vanover" as the Lieutenant that supervises

the "1st Watch Patrol" shift for the Longview Police Department in Longview,

Texas. This website also listed the physical address of the Longview Police

Department as 302 W. Cotton St., Longview, Texas 75601.

27.     During this investigation, I have located several photos of VANOVER

on the Internet, as well as VANOVER's Texas driver's license photo, and compared

them to the image of the nude adult male standing in a bathroom sent to me by app

user "jattelson" on July 25, 2022.   I observed that these Internet photos and the

Texas driver's license photo of VANOVER contain some characteristics that are

similar to those of the nude adult male depicted standing in a bathroom, including

some facial features and the ears.   However, I am unable to confirm with certainty

that the known Internet images of VANOVER and the image of the nude adult male

43

standing in a bathroom sent to me by app user "jattleson" depict the same person.

28.    On September 9, 2022, the FBI served an additional administrative subpoena to the social media application company requesting subscriber information for app user "jattleson."

29.    On September 12, 2022, the FBI received responsive documents to the administrative subpoena served to the social media application for subscriber information related to the app user "jattleson" account.   I have reviewed the responsive documents which listed an unconfirmed e-mail address for the account as jattleson1987@aol.com and several IP addresses logged into by the account multiple times, including IP addresses 216.82.215.72 on September 8, 2022 at approximately 23:08:36 UTC, 74.221.150.123 on September 6, 2022 at approximately 14:59:42 UTC.   The responsive documents also listed natting IP addresses 174.246.134.94 on August 11, 2022 at approximately 01:42:49 UTC, 174.197.70.81 on September 6, 2022 at approximately 01:34:29 UTC, and 174.244.16.49 on September 8, 2022 at approximately 00:08:03 UTC.   The responsive documents listed the device type used to register the account as an "iPhone."

30.    On September 13, 2022, the FBI served an administrative subpoena to Grande Communications Networks, requesting subscriber information for IP address 216.82.215.72 on September 8, 2022 at approximately 23:08:36 UTC, an administrative subpoena to Etex, requesting subscriber information for IP address 74.221.150.123 on September 6, 2022 at approximately 14:59:42 UTC, and an

administrative subpoena to Verizon, requesting subscriber information for IP addresses 174.246.134.94 on August 11, 2022 at approximately 01:42:49 UTC, 174.197.70.81 on September 6, 2022 at approximately 01:34:29 UTC, and 174.244.16.49 on September 8, 2022 at approximately 00:08:03 UTC, which were IP addresses utilized by app user "jattleson" multiple times to log into the particular social media application.

31.     On September 14, 2022, the FBI received responsive documents to the administrative subpoena served to Grande Communications Networks for subscriber information related to IP address 216.82.215.72 on September 8, 2022 at approximately 23:08:36 UTC.   I reviewed the responsive documents which listed the subscriber of IP address 216.82.215.72 as "Comfort Suites Waco" with a physical address as "810 Interstate 35 N, Waco, TX 76705."

32.     On September 16, 2022, the FBI received responsive documents to the administrative subpoena served to Etex for subscriber information related to IP address 74.221.150.123 on September 6, 2022 at approximately 14:59:42 UTC.   I reviewed the responsive documents which listed the subscriber of IP address 74.221.150.123 as "Jennifer Vanover" with a physical address as "182 Rolling Meadow Dr., Diana, TX 75640."

33.     The online chat conversation between me and "jattleson" that occurred on September 19, 2022 read as follows:

UC:             Coming to PCB next week

45

| | |
|---|---|
| jattleson: | Really. What day |
| UC: | Saturday |
| jattleson: | For how long |
| UC: | 2 weeks |
| jattleson: | Just you and her? |
| UC: | She will come in a week later |
| jattleson: | With mom? |
| UC: | Yea but she is just gonna drop her and go back the next day |
| jattleson: | Good |
| jattleson: | Can't have her around lol |
| UC: | U still live there? |
| jattleson: | O yea |
| UC: | Where at again |
| jattleson: | West side of PCB |
| UC: | Ok |
| jattleson: | Been awhile. But she's up for full sex? |
| UC: | Let me ask why did u ghost me |
| jattleson: | I haven't been on here in quite some time. Wasn't intentional |
| UC: | And your names John? |

| | |
|---|---|
| jattleson: | Real name is John |
| UC: | Dude ur real name is John attelson |
| UC: | That's not safe at all brother |
| jattleson: | Not attleson |
| UC: | Ok |
| jattleson: | But it is John |
| UC: | Lol ok |
| jattleson: | Lol. What |
| UC: | Idk kind of sketched u left tbh |
| jattleson: | Hey man. I totally understand. Just got busy with work. Had to leave town for work. Just lots of stuff |
| UC: | Yea |
| UC: | Where did u go |
| jattleson: | For work? |
| UC: | Yea |
| jattleson: | Well. Mobile for about 10 days. Outside New Orleans |
| UC: | I went to New Orleans before |
| UC: | U get one of those hand grenade drinks |
| jattleson: | Nasty place lol |
| UC: | Lol what |

47

| | |
|---|---|
| UC: | Why |
| jattleson: | Just a dirty town |
| UC: | U lived in pc all ur life? |
| jattleson: | No. Moved here about 8 years ago from San Diego |
| UC: | Never been |
| jattleson: | It's a nice place. But contracts led me here |
| UC: | Yea |
| jattleson: | I just want to be sure she's ok with all this |
| UC: | Ok |
| UC: | I want to be sure you are |
| jattleson: | I get that |
| jattleson: | I don't even remember what she looks like lol |
| jattleson: | But that's ok |
| UC: | Lol she's 11 |
| jattleson: | She's sexy best I recall |
| UC: | Lol |
| jattleson: | Talk later? |
| UC: | Yea |
| jattleson: | I need To get to bes |
| UC: | Alright cya |
| jattleson: | Night |

48

34.     On September 21, 2022, the FBI received responsive documents to the administrative subpoena served to Verizon for subscriber information related to IP addresses 174.246.134.94 on August 11, 2022 at approximately 01:42:49 UTC, 174.197.70.81 on September 6, 2022 at approximately 01:34:29 UTC, and 174.244.16.49 on September 8, 2022 at approximately 00:08:03 UTC.   I have reviewed the responsive documents which listed IP addresses 174.197.70.81 and 174.244.16.49 assigned to telephone number 903-452-8766.   The subscriber of telephone number 903-452-8766 was listed as "City of Longview" with a physical address of "300 Cotton St., Longview TX 75601."   The contact listed for the account was "Seth Vanover."   The responsive documents also listed IP address 174.246.134.94 assigned to telephone number 903-736-4557.   The subscriber of telephone number 903-736-4557 was listed as "Set E. Vanover" with a physical address of "182 Rolling Meadows, New Diana, TX 75640."

35.     Later on September 21, 2022, I located a website on the Internet for a business called "Lake Fork Cat and Crappie."   The website for this business listed "Seth Vanover" as a guide for fishing excursions on Lake Fork in Texas.   The website contained several photos depicting VANOVER and listed the contact telephone number as 903-736-4557, the same telephone number that resolved to IP addresses used by app user "jattelson" in December 2020 and by app user "jjdad36" in 2022 as set forth above.

36.     On or about September 26, 2022, I reviewed the Texas Department of

49

Driver License record for SETH ESTES VANOVER and the photo of VANOVER contained therein. This record lists his address as "182 Rolling Meadow, Diana, TX 756400000".

37.     On October 4, 2022, the FBI served an administrative subpoena on Choice Hotels International, Inc., the franchisor organization for the Comfort Suites Waco hotel in Waco, TX. This subpoena requested a list of registered guests at the Comfort Suites Waco hotel located at 810 Interstate 35 N, Waco, TX 76705, from September 7, 2022 through September 9, 2022.

38.     Later on October 4, 2022, the FBI received responsive documents to the administrative subpoena served to Choice Hotels International, Inc. requesting a list of registered guests at the Comfort Suites Waco hotel located at 810 Interstate 35 N, Waco, TX 76705, for the time period from September 7, 2022 through September 9, 2022. I have reviewed the responsive documents. These records show two relevant entries, one for "VANOVER, SETH," and one for "Vanover, Seth." The entry for "VANOVER, SETH" lists an arrival date of 9/7/2022, a departure date of 9/8/2022, the status as "Cancelled," and it does not list a particular room. The entry for "Vanover, Seth" lists an arrival date of 9/7/2022, a departure date of 9/9/2022, the status as "Checked Out," and an assigned guest room of Room 419.

39.     Based on the foregoing facts, I have probable cause to believe that SETH ESTES VANOVER has used the accounts for app user "jjdad36" and app user "jattleson" in the manner described above herein.

40.    Based upon the foregoing facts, I have probable cause to believe that during the period from on or about July 25, 2022 through September 19, 2022, in the Middle District of Florida, and elsewhere, SETH ESTES VANOVER, a/k/a "jjdad36," a/k/a "jattleson," using facilities of interstate commerce, that is, by cellular telephone and computer via the Internet, did knowingly and willfully attempt to persuade, induce, entice, and coerce a person whom SETH ESTES VANOVER believed had not reached the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the state of Florida, that is, the crime of lewd or lascivious molestation against a person less than 12 years of age, in violation of Section 800.04(5)(a) & (b), Florida Statutes, all in violation of Title 18, United States Code, Section 2422(b).

DANIEL R. MOXLEY, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this ___ day of October, 2022, at Jacksonville, Florida.

PATRICIA D. BARKSDALE
United States Magistrate Judge
Middle District of Florida

51